**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Brooklyn Park Slope Fitness LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Retro Fitness of Brooklyn Park Slope** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2358748** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25 12th Street** <br> **3rd Fl** <br> **Brooklyn, NY 11215** <br> Number, Street, City, State & ZIP Code | **20 Commerce Drive** <br> **Suite 135** <br> **Cranford, NJ 07016** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7139

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor    **Brooklyn Park Slope Fitness LLC**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | |
|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　　What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>　　Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

███ **Statistical and administrative information**

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Brooklyn Park Slope Fitness LLC**                                    Case number (*if known*) _____
      Name

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Brooklyn Park Slope Fitness LLC**
         Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2023**
              MM / DD / YYYY

**X** **/s/ Fidelia Perez**
Signature of authorized representative of debtor

**Fidelia Perez**
Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ FRED B. RINGEL**
Signature of attorney for debtor

Date **March 31, 2023**
     MM / DD / YYYY

**FRED B. RINGEL**
Printed name

**LEECH TISHMAN ROBINSON BROG, PLLC**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 603-6300**    Email address _____

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 31, 2023**    X **/s/ Fidelia Perez**
                                    Signature of individual signing on behalf of debtor

                                     **Fidelia Perez**
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Brooklyn Park Slope Fitness LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **12th Street Assocs. A LLC c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10036** | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **12th Street Assocs. B LLC c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **12th Street Assocs. C LLC c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | $0.00 |
| **12th Street Assocs. LLC c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | $0.00 |

Debtor   **Brooklyn Park Slope Fitness LLC**                              Case number *(if known)* _____

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A.E.S. Fitness 1637 Stelton Road St B2 Piscataway, NJ 08854** | | | | | | **$460.11** |
| **Advanced Pest Management 78-07 Myrtle Avenue Ridgewood, NY 11385** | | | | | | **$137.73** |
| **Big Initiatives Inc. c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10005** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Booya NYC LLC c/o Sulovich & Klein LLP 1507 Avenue M Attn:  Mark M. Krang Brooklyn, NY 11230** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Con Edison PO Box 1702 New York, NY 10116-1702** | | | | | | **$3,290.29** |
| **Fit Results Inc. 20 Commerce Drive Suite 135 Cranford, NJ 07016** | | | | | | **$75,026.25** |
| **Fit Results Inc. 20 Commerce Drive Suite 135 Cranford, NJ 07016** | | **Loan** | | | | **$20,378.77** |
| **High Performance Cooling & Refrigeration 59-12 57th Drive Maspeth, NY 11378** | | | | | | **$1,355.49** |
| **JC Consulting & Mgmt. 200 W 140th Street New York, NY 10030** | | | | | | **$1,250.00** |
| **Kings of Queens Fitness Inc. 20 Commerce Drive Suite 135 Cranford, NJ 07016** | | **Loan** | | | | **$99,826.39** |

Debtor    **Brooklyn Park Slope Fitness LLC**                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kings Village PA Holdings c/o Sulovich & Klein LLP 1507 Avenue M Attn:  Mark M. Krang Brooklyn, NY 11230** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Manischevitz Family LLC c/o Mandel Bhandari LLP 1507 Avenue M Attn:  Mark M. Krang Brooklyn, NY 11230** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **New York Barbell of Hicksville 270K Duffy Avenue Hicksville, NY 11801** | | | | | | **$518.61** |
| **Steve Supply Corp. PO Box 320177 Brooklyn, NY 11232** | | | | | | **$984.50** |
| **Top Plus Construction 913 Saint George Avenue Roselle, NJ 07203** | | | | | | **$10,000.00** |
| **Trichese Iron Works 20 Commerce Drive Suite 135 Cranford, NJ 07016** | | | | | | **$11,000.00** |

**Fill in this information to identify the case:**

Debtor name   **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **438,845.43**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **438,845.43**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **1,297,678.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **224,228.14**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b        $     **1,521,906.44**

**Fill in this information to identify the case:**

Debtor name          **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Flushing Bank** | **Checking** | 1802 | **$68,060.43** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$68,060.43** |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Utility Deposit (Con Ed)** | **$7,285.00** |
|---|---|---|

| 7.2. | **Security Deposit (Team Slope)** | **$72,500.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of prepayment

| 9. | **Total of Part 2.** | | **$79,785.00** |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** **Desks, Display Cases and Other Furniture** | | | |
| Value subject to evaluation. | **Unknown** | | **$61,000.00** |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **Gym Equipment** | | | |
| Value subject to evaluation. | **Unknown** | | **$210,000.00** |
| **Electronics, Computers, Televisions** | | | |
| Value subject to evaluation. | **Unknown** | | **$20,000.00** |

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                    | **$291,000.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:       Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:       Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease for real property located at Hamilton Plaza Shopping Center**<br><br>**Value subject to appraisal.** | | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**                                                                                    | **$0.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor      **Brooklyn Park Slope Fitness LLC**                              Case number *(If known)* _____
            Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Brooklyn Park Slope Fitness LLC**
          Name                                              Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $68,060.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $79,785.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $291,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $438,845.43 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $438,845.43 |

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Flushing Bank** | | $935,658.85 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**225 Park Avenue South
2nd Floor
Attention: SBA Lending
New York, NY 10003**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**SBA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **SBA CESC** | | $362,019.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**14925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**
**SBA Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Brooklyn Park Slope Fitness LLC**                                    Case number (if known)    _____
          Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,297,678.3 0 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Brooklyn Park Slope Fitness LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

12th Street Assocs. A LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn:  Rishi Bhandari
New York, NY 10036

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

**3.2** | Nonpriority creditor's name and mailing address

12th Street Assocs. B LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn:  Rishi Bhandari
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

**3.3** | Nonpriority creditor's name and mailing address

12th Street Assocs. C LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn:  Rishi Bhandari
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

**3.4** | Nonpriority creditor's name and mailing address

12th Street Assocs. LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn:  Rishi Bhandari
New York, NY 10005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**A.E.S. Fitness**
**1637 Stelton Road**
**St B2**
**Piscataway, NJ 08854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$460.11**

---

**3.6** | Nonpriority creditor's name and mailing address

**Advanced Pest Management**
**78-07 Myrtle Avenue**
**Ridgewood, NY 11385**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$137.73**

---

**3.7** | Nonpriority creditor's name and mailing address

**Big Initiatives Inc.**
**c/o Mandel Bhandari LLP**
**80 Pine Street, 33rd Fl.**
**Attn:  Rishi Bhandari**
**New York, NY 10005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address

**Booya NYC LLC**
**c/o Sulovich & Klein LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**Con Edison**
**PO Box 1702**
**New York, NY 10116-1702**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,290.29**

---

**3.10** | Nonpriority creditor's name and mailing address

**Fit Results Inc.**
**20 Commerce Drive**
**Suite 135**
**Cranford, NJ 07016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$75,026.25**

---

**3.11** | Nonpriority creditor's name and mailing address

**Fit Results Inc.**
**20 Commerce Drive**
**Suite 135**
**Cranford, NJ 07016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$20,378.77**

---

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,355.49**

**High Performance Cooling
& Refrigeration**
**59-12 57th Drive**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE PURPOSES ONLY.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**JC Consulting & Mgmt.**
**200 W 140th Street**
**New York, NY 10030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,826.39**

**Kings of Queens Fitness
Inc.**
**20 Commerce Drive**
**Suite 135**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Kings Village PA Holdings**
**c/o Sulovich & Klein LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manischevitz Family LLC**
**c/o Mandel Bhandari LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manischevitz Member LLC**
**c/o Suslovich & Klein LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| **3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MF Member LLC**
**c/o Mandel Bhandari LLP**
**80 Pine Street, 33rd Fl.**
**Attn:  Rishi Bhandari**
**New York, NY 10005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monroe Ralph LLC**
**c/o Sulovich & Klein LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.61** |
|---|---|---|---|

**New York Barbell of**
**Hicksville**
**270K Duffy Avenue**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NY STATE DEPT. OF FINANCE**
**ATTN: BANKRUPTCY SPECIAL**
**PO BOX 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  FOR NOTICE PURPOSES ONLY.**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NYC DEPT. OF FINANCE**
**375 PEARL STREET, 27TH FL**
**ATTN: LEGAL AFFAIRS**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:  FOR NOTICE PURPOSES ONLY.**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$984.50** |
|---|---|---|---|

**Steve Supply Corp.**
**PO Box 320177**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**c/o Schnader Harrison**
**140 Broadway, Suite 3100**
**Attn:  Cynthia A. Murray**
**New York, NY 10005**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Brooklyn Park Slope Fitness LLC**                                    Case number (if known) _____
            Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

3.26 | **Nonpriority creditor's name and mailing address**

**Team Slope LLC**
**c/o Sulovich & Klein LLP**
**1507 Avenue M**
**Attn:  Mark M. Krang**
**Brooklyn, NY 11230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.27 | **Nonpriority creditor's name and mailing address**

**Top Plus Construction**
**913 Saint George Avenue**
**Roselle, NJ 07203**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                          **$10,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.28 | **Nonpriority creditor's name and mailing address**

**Trichese Iron Works**
**20 Commerce Drive**
**Suite 135**
**Cranford, NJ 07016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                          **$11,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

3.29 | **Nonpriority creditor's name and mailing address**

**Two Trees Mgmt. Co. LLC**
**c/o Mandel Bhandari LLP**
**80 Pine Street, 33rd Fl.**
**Attn: Rishi Bhandari**
**New York, NY 10005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CORP. COUNSEL FOR NYC**<br>**100 CHURCH STREET**<br>**New York, NY 10007** | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **NYC LAW DEPARTMENT**<br>**TAX & BANKRUPTCY LIT.**<br>**100 CHURCH STREET**<br>**New York, NY 10007** | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **NYS Attorney General**<br>**28 Liberty St.**<br>**New York, NY 10005** | Line **3.22**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.4 **US ATTY OFFICE - EDNY BANKRUPTCY PROCESSING 271-A CADMAN PLAZA EAST Attn: Sean Greene-Delgado Brooklyn, NY 11201** | Line  3.13  <br><br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $              0.00 |
| **5b. Total claims from Part 2** | 5b. + | $     224,228.14 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $          224,228.14 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Brooklyn Park Slope Fitness LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Payment Processing Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **ABC Financial Services** <br> **PO Box 6800** <br> **North Little Rock, AR 72124** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Collections Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **First Credit Services** <br> **377 Hoes Lane, Suite 200** <br> **Piscataway, NJ 08854** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Management Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Fit Results NY, Inc.** <br> **20 Commerce Drive, Suite** <br> **Cranford, NJ 07016** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Put/Call and Parking Option Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Manischevitz Family LLC** <br> **c/o Mandel Bhandari LLP** <br> **1507 Avenue M** <br> **Attn: Mark M. Krang** <br> **Brooklyn, NY 11230** |

Debtor 1  **Brooklyn Park Slope Fitness LLC**
_____

First Name         Middle Name         Last Name

Case number *(if known)* _____

<table>
<tr><td></td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Retrofitness, LLC**<br>**43 County Road 537 West**<br>**Colts Neck, NJ 07722** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property located at Hamilton Plaza Shopping Center** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Team Slope LLC**<br>**c/o Sulovich & Klein LLP**<br>**1507 Avenue M**<br>**Attn:  Mark M. Krang**<br>**Brooklyn, NY 11230** |

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Warren DeStefano** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **Flushing Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Warren DeStefano** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **SBA CESC** | ☑ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **MF Member LLC** | **c/o Mandel Bhandari LLP 80 Pine Street, 33rd Fl. Attn:  Rishi Bhandari New York, NY 10005** | **Manischevitz Family LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☑ G __2.4__ |

**Fill in this information to identify the case:**

Debtor name     **Brooklyn Park Slope Fitness LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$150,976.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$994,921.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$1,067,427.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    Brooklyn Park Slope Fitness LLC                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Chase**<br>**PO Box 44959**<br>**Indianapolis, IN 46244** | **2/16/23** | **$29,855.25** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Fit Results NY, Inc.**<br>**20 Commerce Drive, Suite**<br>**Cranford, NJ 07016** | **3/3/23** | **$10,189.39** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Brooklyn Park Slope Fitness, LLC et al. v. Manischevitz Family LLC et al. 525288/2019** | | **Kings County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | Brooklyn Park Slope Fitness LLC | Case number *(if known)* | |
|--------|--------------------------------|--------------------------|--|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td style="background:black;color:white"><strong>Part 4:</strong></td><td><strong>Certain Gifts and Charitable Contributions</strong></td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case** unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

<table>
<tr><td style="background:black;color:white"><strong>Part 5:</strong></td><td><strong>Certain Losses</strong></td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white"><strong>Part 6:</strong></td><td><strong>Certain Payments or Transfers</strong></td></tr>
</table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Leech Tishman Robinson Brog<br>875 Third Avenue<br>New York, NY 10022 | | 2/15/23<br>3/13/23 | $50,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Brooklyn Park Slope Fitness LLC**                          Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    __Name, Address, Email, Telephone Number, Credit Information__

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None.

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

Debtor    **Brooklyn Park Slope Fitness LLC**                                        Case number *(if known)* _____

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Brooklyn Park Slope Fitness LLC**                    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **A. Elkady, CPA, PC**<br>**704 Ginesi Dr. Suite 28A**<br>**Morganville, NJ 07751** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Fit Results NY, Inc.**<br>**20 Commerce Drive, Suite**<br>**Cranford, NJ 07016** | |
| 26c.2.    **A. Elkady, CPA, PC**<br>**704 Ginesi Dr. Suite 28A**<br>**Morganville, NJ 07751** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor  **Brooklyn Park Slope Fitness LLC**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Warren DeStefano** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **Sole Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fit Results NY, Inc.** | **20 Commerce Drive, Suite Cranford, NJ 07016** | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Fidelia Perez** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **Manager** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ricardo Sosa** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **Former Member** | **9/2013 - 8/2022** |
| **Alberto Goncalves** | **30 Commerce Drive Suite 135 Cranford, NJ 07016** | **Former Member** | **9/2013 - 8/2022** |
| **Ciro Locascio** | **20 Commerce Drive Suite 135 Cranford, NJ 07016** | **Former Member** | **9/2013 - 8/2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Brooklyn Park Slope Fitness LLC** | Case number *(if known)* | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2023**

**/s/ Fidelia Perez**                                                 **Fidelia Perez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Brooklyn Park Slope Fitness LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................... $     **50,000.00**

Prior to the filing of this statement I have received ...................... $     **50,000.00**

Balance Due ........................................................................................ $       **0.00**

2.   The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 31, 2023**

*Date*

**/s/ FRED B. RINGEL**
**FRED B. RINGEL**
*Signature of Attorney*
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
*Name of law firm*

---

# United States Bankruptcy Court
### Eastern District of New York

In re   **Brooklyn Park Slope Fitness LLC**                          Case No. _____
                                   Debtor(s)                        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Warren DeStefano**<br>**20 Commerce Drive**<br>**Suite 135**<br>**Cranford, NJ 07016** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **March 31, 2023**                    Signature   **/s/ Fidelia Perez**
                                                         **Fidelia Perez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of New York

In re  **Brooklyn Park Slope Fitness LLC**                                       Case No. _____

                                                                  Debtor(s)        Chapter    **11**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **March 31, 2023**                                  **/s/ Fidelia Perez**

                                                            **Fidelia Perez/Manager**
                                                            Signer/Title

Date:  **March 31, 2023**                                  **/s/ FRED B. RINGEL**

                                                            Signature of Attorney
                                                            **FRED B. RINGEL**
                                                            **LEECH TISHMAN ROBINSON BROG, PLLC**
                                                            **875 THIRD AVENUE**
                                                            **New York, NY 10022**
                                                            **(212) 603-6300**

12th Street Assocs. A LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10036

12th Street Assocs. B LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10005

12th Street Assocs. C LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10005

12th Street Assocs. LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10005

A.E.S. Fitness
1637 Stelton Road
St B2
Piscataway, NJ 08854

ABC Financial Services
PO Box 6800
North Little Rock, AR 72124

Advanced Pest Management
78-07 Myrtle Avenue
Ridgewood, NY 11385

Big Initiatives Inc.
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10005

Booya NYC LLC
c/o Sulovich & Klein LLP
1507 Avenue M
Attn: Mark M. Krang
Brooklyn, NY 11230


Con Edison
PO Box 1702
New York, NY 10116-1702


CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007


First Credit Services
377 Hoes Lane, Suite 200
Piscataway, NJ 08854


Fit Results Inc.
20 Commerce Drive
Suite 135
Cranford, NJ 07016


Fit Results NY, Inc.
20 Commerce Drive, Suite
Cranford, NJ 07016


Flushing Bank
225 Park Avenue South
2nd Floor
Attention: SBA Lending
New York, NY 10003


High Performance Cooling
& Refrigeration
59-12 57th Drive
Maspeth, NY 11378


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


JC Consulting & Mgmt.
200 W 140th Street
New York, NY 10030

Kings of Queens Fitness
Inc.
20 Commerce Drive
Suite 135
Cranford, NJ 07016


Kings Village PA Holdings
c/o Sulovich & Klein LLP
1507 Avenue M
Attn:  Mark M. Krang
Brooklyn, NY 11230


Manischevitz Family LLC
c/o Mandel Bhandari LLP
1507 Avenue M
Attn:  Mark M. Krang
Brooklyn, NY 11230


Manischevitz Member LLC
c/o Suslovich & Klein LLP
1507 Avenue M
Attn:  Mark M. Krang
Brooklyn, NY 11230


MF Member LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn:  Rishi Bhandari
New York, NY 10005


Monroe Ralph LLC
c/o Sulovich & Klein LLP
1507 Avenue M
Attn:  Mark M. Krang
Brooklyn, NY 11230


New York Barbell of
Hicksville
270K Duffy Avenue
Hicksville, NY 11801


NY STATE DEPT. OF FINANCE
ATTN: BANKRUPTCY SPECIAL
PO BOX 5300
Albany, NY 12205

```
NYC DEPT. OF FINANCE
375 PEARL STREET, 27TH FL
ATTN: LEGAL AFFAIRS
New York, NY 10038


NYC LAW DEPARTMENT
TAX & BANKRUPTCY LIT.
100 CHURCH STREET
New York, NY 10007


NYS Attorney General
28 Liberty St.
New York, NY 10005


Retrofitness, LLC
43 County Road 537 West
Colts Neck, NJ 07722


SBA CESC
14925 Kingsport Road
Fort Worth, TX 76155


Steve Supply Corp.
PO Box 320177
Brooklyn, NY 11232


Sunbelt Rentals, Inc.
c/o Schnader Harrison
140 Broadway, Suite 3100
Attn: Cynthia A. Murray
New York, NY 10005


Team Slope LLC
c/o Sulovich & Klein LLP
1507 Avenue M
Attn: Mark M. Krang
Brooklyn, NY 11230


Top Plus Construction
913 Saint George Avenue
Roselle, NJ 07203


Trichese Iron Works
20 Commerce Drive
Suite 135
Cranford, NJ 07016
```

```
Two Trees Mgmt. Co. LLC
c/o Mandel Bhandari LLP
80 Pine Street, 33rd Fl.
Attn: Rishi Bhandari
New York, NY 10005


US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
Attn: Sean Greene-Delgado
Brooklyn, NY 11201


Warren DeStefano
20 Commerce Drive
Suite 135
Cranford, NJ 07016
```

# United States Bankruptcy Court
### Eastern District of New York

In re   __Brooklyn Park Slope Fitness LLC_____    Case No. _____

_____    Chapter   __11_____
Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Brooklyn Park Slope Fitness LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 31, 2023_____    __/s/ FRED B. RINGEL_____
Date    **FRED B. RINGEL**
    Signature of Attorney or Litigant
    Counsel for   **Brooklyn Park Slope Fitness LLC**
    **LEECH TISHMAN ROBINSON BROG, PLLC**
    **875 THIRD AVENUE**
    **New York, NY 10022**
    **(212) 603-6300**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): **Brooklyn Park Slope Fitness LLC** _____    CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ FRED B. RINGEL**
_____
**FRED B. RINGEL**
Signature of Debtor's Attorney
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X        Chapter    **11**

IN RE:    **Brooklyn Park Slope Fitness LLC**

Case No.:

Debtor(s)        <u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>
-----------------------------------------------X

I, **FRED B. RINGEL**, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
|  | Initial interview, analysis of financial condition, etc. |
|  | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ __50,000.00__ .

Dated: **March 31, 2023**

**/s/ FRED B. RINGEL**
**FRED B. RINGEL**
Attorney for debtor(s)
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**

**(212) 603-6300**