# United States Bankruptcy Court
## Eastern District of New York

| | | |
|---|---|---|
| In re **Brooklyn Park Slope Fitness LLC** | Case No. | **23-41129-ess** |
| Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Brooklyn Park Slope Fitness LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2023**
Date

**/s/ FRED B. RINGEL**
**FRED B. RINGEL**
Signature of Attorney or Litigant
Counsel for **Brooklyn Park Slope Fitness LLC**
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**