UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKLYN PARK SLOPE FITNESS LLC | |
| DBA RETRO FITNESS OF BROOKLYN PARK SLOPE, | Case No.: 23-41129-ess |
| Debtor. | |

----------------------------------------------------------------------------x

**ORDER SCHEDULING HEARING ON THE DEBTOR'S MOTION FOR INTERIM USE OF CASH COLLATERAL, MOTION TO AUTHORIZE/DIRECT, AND THE <u>RELIEF REQUESTED THEREIN</u>**

WHEREAS, on March 31, 2023, Brooklyn Park Slope Fitness LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 under the Bankruptcy Code; and

WHEREAS, on March 31, 2023, the Debtor filed a Motion for Interim Use of Cash Collateral to grant adequate protection to lenders and to schedule a final hearing pursuant to Bankruptcy Rule 4001; and

WHEREAS, on March 31, 2023, the Debtor filed a Motion to Authorize/Direct the Debtor to pay wages and compensation, and for financial institutions to honor and process checks and transfers related to such obligations; and

WHEREAS, on March 31, 2023, the Debtor requested a hearing on shortened notice (the "Request to Shorten Notice") on the Debtor's Motion for Interim Use of Cash Collateral and Motion to Authorize/Direct the Debtor to pay wages and compensation.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a video hearing on the Motion for Interim Use of Cash Collateral, Motion to Authorize/Direct, the Request to Shorten Notice (collectively, the "Motions"), and the relief requested therein on **April 6, 2023, at 12:00 P.M**., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C

Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to serve the Motions and a copy of this Order by overnight mail or electronic mail (where overnight mail cannot be effectuated) to be received by **April 5, 2023, at 9:00 A.M**. (Eastern Time) upon (i) Flushing Bank and its counsel; (ii) Office of the United States Trustee; (iii) all parties that have filed a notice of appearance; and (iv) any other parties entitled to receive notice; and it is further

ORDERED, that objections to the relief sought in the Motions and this Order shall be in writing, and filed with this Court pursuant to Local Rule 5005-1, with a chambers copy delivered to Judge Stong's chambers, United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201, and served so as to be received by **April 6, 2023 at 9:00 A.M.,** on (i) Brooklyn Park Slope Fitness LLC and its counsel; (ii) the Office of the United States; (iii) all other parties that have filed a notice of appearance; and (iv) any other parties entitled to notice in this case; and it is further

ORDERED, that objections, if any, may be stated at the April 6, 2023 hearing, and a schedule for the filing of supplemental opposition may be set at the April 6, 2023 hearing; and it is further

ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing

date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.

On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.



Dated: Brooklyn, New York
April 4, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Brooklyn Park Slope Fitness LLC
20 Commerce Drive
Suite 135
Cranford, NJ 07016

Fred B. Ringel
Leech Tishman Robinson Brog PLLC
875 Third Avenue
Ste 9th Floor
New York, NY 10022

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Thomas J. McNamara, Esq.
90 Merrick Avenue
East Meadow, New York 11554