# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 4/4/2023 |
| Case: 1−23−41129−ess | Form ID: pdf000 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Fred B. Ringel      fringel@leechtishman.com
aty      Richard J McCord      rmccord@certilmanbalin.com
aty      Thomas J McNamara      tmcnamara@certilmanbalin.com

                                                                 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Brooklyn Park Slope Fitness LLC      20 Commerce Drive      Suite 135      Cranford, NJ 07016
cr      Certilman Balin Adler & Hyman, LLP.      90 Merrick Avenue      East Meadow, NY 11554

                                                                 TOTAL: 2