# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 4/6/2023 |
| Case: 1−23−41129−ess | Form ID: pdf000 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Clement Kae Yee      cyee@leechtishman.com
aty      Fred B. Ringel      fringel@leechtishman.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Brooklyn Park Slope Fitness LLC      20 Commerce Drive      Suite 135      Cranford, NJ 07016

TOTAL: 1