| | |
|---|---|
| **LEECH TISHMAN ROBINSON BROG, PLLC**<br>875 Third Avenue<br>New York, New York 10022<br>Fred B. Ringel<br>*Proposed Attorneys for the Debtor and*<br>*Debtor in Possession* | **Hearing Date and Time:**<br>**May 2, 2023 at 3:00 p.m.** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **BROOKLYN PARK SLOPE FITNESS LLC**<br>**DBA RETRO FITNESS OF PARK SLOPE,** | Case No.:  23-41129 (ESS) |
| Debtor. | |

------------------------------------------------------------X

**NOTICE OF HEARING ON DEBTOR'S MOTION TO ESTABLISH**
**PROCEDURES FOR MONTHLY AND INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE**, that a Zoom for Government hearing (the "Hearing") on Motion To Establish Procedures for Monthly and Interim Compensation and Reimbursement of Expenses of Professionals (the "Motion") will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 **on May 2, 2023 at 3:00 p.m.**, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, parties wishing to participate at the hearing must use eCourtAppearances as outlined on Judge Stong's web page at https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.

Please use eCourt Appearances to register to appear at a hearing at

https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. Please be sure to register at least two business days before your hearing. You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to *administrative order* No. 559 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat file format) at http://www. nyeb.uscourts.gov. and served so as to be received by the Applicant, proposed attorneys for the Debtor, **Leech Tishman Robinson Brog, PLLC, 875 Third Avenue, New York, New York 10022, Attention: Fred B. Ringel, Esq.**, and the **Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004,** no later than **seven (7) days** prior to the Hearing Date.

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**DATED:** New York, New York
April 10, 2022

                                            **LEECH TISHMAN**
                                            **ROBINSON BROG, PLLC**
                                            **Proposed Attorneys for Debtors**
                                            875 Third Avenue, 9th Floor
                                            New York, New York 10022
                                            Tel. No.:  212-603-6300

                                            By:  /s/ Fred B. Ringel
                                                  **Fred B. Ringel**